## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 88  

**IP Address:** 100.38.72.102  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D4806BB207AC74C9AD5A4FD7507629A8A36A3FC0<br>File Hash: 6F2F44245EE8A63A0D5435E46C273E01057BB18704046252680139607EBF3626 | 03/11/2021 09:48:17 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 2 | Info Hash: 76A7E1FA971212B838566245A3FCA53D1A3AA31B<br>File Hash: 60E6B85040D60467857A1CA429FB5FAE58167A24F993007727A70F95AABDEE27 | 03/11/2021 09:40:54 | Vixen | 02/18/2019 | 03/11/2019 | PA0002158598 |
| 3 | Info Hash: 7208127B9A56932A6E6D054C9BB40B0E894271EF<br>File Hash: CA412BF1B9B54ECE408363F6F890D39BA511F2F44ACA4D63F0F9C0C3951017F9 | 03/11/2021 09:40:50 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 4 | Info Hash: 1DCA57A51AD5ECDFF2C2F278709EDA0BBB6349C9<br>File Hash: 95B43D75BEF84DA4AB3F728151C4F2652E1CC3ED4417D23F76C9011A18574D38 | 03/11/2021 09:40:25 | Vixen | 02/28/2019 | 03/31/2019 | PA0002163973 |
| 5 | Info Hash: CE8B3C5A354C9469BB75503B215C450565096253<br>File Hash: F04B195DEF50149646899D56CDF904C70D4954FEFF18A79D848E66CE63441965 | 03/11/2021 09:40:22 | Vixen | 04/29/2019 | 06/03/2019 | PA0002178770 |
| 6 | Info Hash: 40F611DCA41EB583BA7FA538595446B083ADB7A3<br>File Hash: D9E8FA96CCB5ADD8D1BCE225721E6A83FE24DE4E3FC544891D5F65CA2E708AEF | 03/11/2021 09:40:15 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 7 | Info Hash: 1956B3B9D9F221B4E5E6411963B9A402626BBDAB<br>File Hash: E71C1A2B1E9125F3FF0608478906A7FDCF00BD8839A3C66660D82476ECD90E9E | 03/11/2021 09:40:15 | Vixen | 04/14/2019 | 05/28/2019 | PA0002200761 |
| 8 | Info Hash: 297ACB05680E6B8C8F50026214E390BC0799FA26<br>File Hash: 9478DDF55F0F8CA3BD0E1CB849431B9C51286E841C42FC5A78810181D54D8B1F | 03/11/2021 06:34:31 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 6B1C04090F3B89F3BDA9DC2EB20337F4A26B9BC6<br>File Hash: F26239FC7ABA46B027586DC4A5E15FF860F04BF2C19E1F7BA7F1920B8CF2D9CE | 03/11/2021 06:34:23 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 10 | Info Hash: BCAC125DC5312F38140F6BD78030284C4189BB87<br>File Hash: E1D68BF0C5A394624C6BD09FE7F7A3F581E29BE781A97D947BB49C4B7DF34370 | 03/11/2021 06:34:23 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 11 | Info Hash: 23A43EF178F367B76F0E82EF81C1D77ECD59AFBB<br>File Hash: 4F5F45D64DFC2FAFFA7D7BAB956D52E41B9828E862C77C5919DB20C7A8BF3933 | 03/11/2021 06:34:20 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 12 | Info Hash: D63EDAE60C81C4C389574B05427AF6CEE708A0D5<br>File Hash: 345107D25D142F53E904DD6412AB46704DF6D2BCFCFE3035996DF7FF54ACE473 | 03/11/2021 06:34:20 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 13 | Info Hash: 105403397BA5C53521DB74FCEF012EF31C538F65<br>File Hash: 20D284A584110EA98F67C58D2E61064983C01115D6DDE1B8CD47C7D57CAA9978 | 03/11/2021 06:34:18 | Vixen | 04/04/2019 | 04/29/2019 | PA0002169968 |
| 14 | Info Hash: 2443F90DA98E93EEFC895BB1221470D43EFD7043<br>File Hash: 70D4A6332B3F70BD9A8947C295D4675344B16A2EB536EC4804D9E2C672446490 | 03/11/2021 06:34:17 | Vixen | 03/15/2019 | 04/08/2019 | PA0002164872 |
| 15 | Info Hash: B865FDEC6D7B0E037F880F817E58E28CAD2AEA90<br>File Hash: AABCE2BBEAB62E90257893DDBBC2449B5DB3180056CDC76BAAB54336C3F33E28 | 03/11/2021 06:34:12 | Vixen | 04/19/2019 | 05/28/2019 | PA0002200778 |
| 16 | Info Hash: E92876AE050D2F51A7278033EFD206E4A439FF4D<br>File Hash: 4C084586F57656DF39E2DB926596FA2BBF434BE1B22EB5C85B91F9D70B027FDB | 03/11/2021 06:34:09 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |
| 17 | Info Hash: F4FD7BE39E4FF9BB317D45C4DD6D4D2E06812BFC<br>File Hash: D8B6FDD2DF1A59E82ED3B34D9462234089AF333E546F311422BED15C0149285F | 03/11/2021 06:34:09 | Vixen | 03/10/2019 | 04/29/2019 | PA0002170360 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 1EDB5053F31D7512392DA15ADC374D298AFE127E<br>File Hash: D420F605302B211DDBF1C4B115BAAB93369DB1897096B4196C90D2B6F84012DE | 03/11/2021 03:33:55 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 19 | Info Hash: BA8456FBFEE76FC6475C04F55E7F4DF567C1A6AE<br>File Hash: F367A97E220F3D21C7AAE046FF166E516A996A15FD9242097D0A8937FE3E3EDB | 03/11/2021 03:11:44 | Vixen | 05/24/2019 | 07/17/2019 | PA0002188303 |
| 20 | Info Hash: EAEAF118DF621399ECE26272E78AEA0D78265275<br>File Hash: 9BFD0C5EFD000942D9D4EAF5E4E70496DDA457D480C5DFE33460322ACF44DE88 | 03/09/2021 17:59:40 | Vixen | 06/13/2019 | 08/02/2019 | PA0002192295 |
| 21 | Info Hash: 9CE31AB4A04634EE55CBE3F24D8120E897BA9CD8<br>File Hash: EDFB0253E2ACA51769C1867AB15C48799EFA8251AF130B1D56B47653F373F064 | 03/09/2021 11:20:24 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |
| 22 | Info Hash: 6F68990B565238C942CB94FF9818945BEBD62B40<br>File Hash: C70E40DCC229A6E6EDE8E39A75C58F32D51D7B42B8D8D92D00B8A3711C9C37E9 | 03/09/2021 05:34:29 | Vixen | 06/23/2019 | 08/27/2019 | PA0002213299 |
| 23 | Info Hash: DC75A6A243159D289A76BB420C6830CD8C4B2AC3<br>File Hash: DDACEAA0EBEB5657CE2AB3FBD83F62609CEFEA9E8061D1E096BE33B9AFFA5016 | 03/09/2021 05:34:07 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 24 | Info Hash: E6B6B98BD3B9C29D0FE201D6926B63DCBAEC7174<br>File Hash: 19C01D0208CF02A8FA8614F0E761D0D2FCFA094107533937A481F8B40AA3B438 | 03/09/2021 05:34:06 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 25 | Info Hash: 02E2C4DA53786AFF79B4C04E9304A3920097358A<br>File Hash: 29507AF7FDA54C4F69AA453DF676B8A2DCC89400C2FCD777270A4082339A4E79 | 03/09/2021 05:34:00 | Vixen | 07/03/2019 | 08/02/2019 | PA0002192292 |
| 26 | Info Hash: 90916D2E77706C32BCD640EA990DC6130D9D5F54<br>File Hash: 40D9968B6D27A7F57FE1EF0C4B75F160562D87B512F6711E963759E4F01D6730 | 03/09/2021 02:33:27 | Vixen | 07/08/2019 | 09/10/2019 | PA0002199411 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 64C6E92F31B0015946A857C5A28439D9E95BBCEF<br>File Hash: 9454DC1C6B3F7B252C6DF2AEAB8C7F69CDB77E6A2BD0D042543DB93165E42755 | 03/09/2021 02:17:48 | Vixen | 08/02/2019 | 08/22/2019 | PA0002195510 |
| 28 | Info Hash: 38011EDBEEBBF684F1E66F5A9369A8CA6489B474<br>File Hash: AC33ADE8DB3829D516E632960B7C71859CC01D41B5516025165BB920F1754C16 | 03/09/2021 02:10:39 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 29 | Info Hash: 20600FCE160A2CC9D171B3A5CD8A63961877C666<br>File Hash: 0DAB2C4E799F211458BB3D215D2F3B2C7F1A249E4729C64D2D0DEEDEC3FA3386 | 03/09/2021 02:04:22 | Vixen | 08/22/2019 | 09/17/2019 | PA0002216215 |
| 30 | Info Hash: 8BCCF6A133C96E58431DB2D6E2FF1D03ECD3CF52<br>File Hash: 17CEE532252858BF3FA6D666FD40C4CF76CFDA63440175F9E06657F3285705D1 | 03/09/2021 02:04:05 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 31 | Info Hash: A8B5D1B6F00297827A2D286F7FD3F8B13A459F56<br>File Hash: 979884B97E8A855B37A1CA3831753192897D31042AE0051CC10D80B11A6B1C97 | 03/09/2021 02:04:00 | Vixen | 09/26/2019 | 10/01/2019 | PA0002217354 |
| 32 | Info Hash: A346A907F9BB925B5BCE0E1C9E66003AF7380D47<br>File Hash: 74DF1FDCF67155313180A20D5B9B7EBEBED2368394ECAA4C9D5329ED187FED2C | 03/09/2021 02:03:57 | Vixen | 09/21/2019 | 10/01/2019 | PA0002217349 |
| 33 | Info Hash: 9DF61709B5EF08211FFD5F35D4D3347940A09F98<br>File Hash: A03C26EFA0971D049BE5A359DB2D369FA5113A34ADC607CE76F1BADC0EC7A945 | 03/09/2021 02:03:54 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 34 | Info Hash: 8C610C4324F382577131060C81296C9DBB5D626D<br>File Hash: 080779620F0B4F515CAB53E959BC6541CFB026F18FAEB16CE4E7B6A5F433C385 | 03/09/2021 02:03:53 | Vixen | 08/27/2019 | 09/17/2019 | PA0002216129 |
| 35 | Info Hash: E23D78B9BA9842A8A3AB9567EC91476A734FCA5C<br>File Hash: 82AF7F6D670436980AA3A7119B246F5041DEE22F59C17BB459CE0BF04D84E75F | 03/09/2021 02:03:53 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: B22985DCB62189B464092685573E9FB4584C9238<br>File Hash: 0D4CB45562AA67F4C56BFC2B04727F74805D0A2C6F56D76B2879C8D16C5790BE | 03/09/2021 02:03:53 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 37 | Info Hash: 85A4F6E16A30D97965A04DA80E6FD2AFFC34B671<br>File Hash: 380BB9E976C7A172606ECF038100E0BB8258C455C6192C613CCAE0A473480EF1 | 03/08/2021 22:59:35 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |
| 38 | Info Hash: E68F179EEB3B3DD0970763BD2A00F6DFAA80B88C<br>File Hash: 364F2EFD36E75752AFADDEA08FD69AE7F6E9E6A69F9B3ED786D3EF18AD899D03 | 03/08/2021 22:54:43 | Vixen | 10/11/2019 | 10/21/2019 | PA0002207779 |
| 39 | Info Hash: 54B3F76C8575DD7E58C7F2E66FB462A8B50FE883<br>File Hash: 943CA901A5A28843C40B0E418B66D535F01B4D28B6C8B83715771B0D2FB077BF | 03/08/2021 22:53:29 | Vixen | 11/20/2019 | 12/09/2019 | PA0002216255 |
| 40 | Info Hash: BE5CACD5C3A99C77A0264A19497F30E3BE7401A8<br>File Hash: 954E174E8E492B6003EE2D2E1F171A108E11BC90F9295FCFA8F24F93BD8FCC62 | 03/08/2021 22:51:23 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 41 | Info Hash: 17B3C18BDD7FB8CA05C6547C3A6DBB9C79F09E68<br>File Hash: 311301DC51F153092E9E17F097A096D958F6A5DFA2849322AE86F96C3BF78ED5 | 03/08/2021 22:48:27 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 42 | Info Hash: 92B1F726A296399610BE595F56B8BAA44FA7D826<br>File Hash: 297BEF07CEB1CB715A7D6045C6F4DE4E79680077B36499712A6E5D68A256BE0A | 03/08/2021 22:46:27 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 43 | Info Hash: C90E485F79C5D6BC3956B536B9FB79615379C81D<br>File Hash: 243EBB9D7A87B747D9E76D5F1993EEB1758D5AFA0405F95705830329977B7554 | 03/08/2021 22:45:52 | Vixen | 10/31/2019 | 11/15/2019 | PA0002211917 |
| 44 | Info Hash: 865CCACC4B69B928E39D4AD935F251D9AC99BB27<br>File Hash: 2DC4399CAEBA241DB13B8CE3D9A15DA7A045DAD9803D8D99150D3F5553EA668D | 03/08/2021 22:45:46 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 06389A0637AF617E4A88D054A9E65C472643A027<br>File Hash: BBD4E3801A916D02CD77ACD40C9C46355D9EAF22CD224C6FC6B97A27AAE1B831 | 03/08/2021 22:45:45 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 46 | Info Hash: 86BDE00129708E63A57AC8A09680C1D8E0996DE9<br>File Hash: 82A1A71FBF60A947112984DF63934F864A3036D9038912961073FC964DF993D5 | 03/08/2021 22:45:29 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 47 | Info Hash: EFA3CA25474766BEE9031A6ADE465269432AA0F0<br>File Hash: 08AFE8CE3C1F3FCCE3C9C5FA76A2464BD3732CF120AC442904DA3072857449FC | 03/08/2021 22:45:15 | Vixen | 03/14/2020 | 04/17/2020 | PA0002246114 |
| 48 | Info Hash: 1B320B6DD9DFF8293674E89456914FFE8BEC7F88<br>File Hash: AF73919918FA9C8A5C26FB28E1F6809A151E325298E9864E4B7211845098A739 | 03/08/2021 22:45:14 | Vixen | 02/23/2020 | 04/17/2020 | PA0002246164 |
| 49 | Info Hash: D679C18799DCF3E236ED8E1BE871840B4BAD3CE8<br>File Hash: D2E2BA68E9B1B9A739899BAE661734A548FFD2CBAD1846652079027829B9254B | 03/08/2021 22:45:12 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 50 | Info Hash: 5A38444FFB66275F6C4F08E1EB85357E8989905D<br>File Hash: 8836F462525367D28BB14B8F38F2708A570A88F2E5E1076A10F2AF2413DCA418 | 03/08/2021 22:45:04 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 51 | Info Hash: 18F785FFAC8C7DBEA481677D64A78339832D752F<br>File Hash: 6BF635840C67854131C28239FB5DD2149806CC4C7E2F62D3A3EE385434064FC4 | 03/08/2021 22:45:04 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 52 | Info Hash: 2AF43A47BE1CAEF1C37C6423A66BBE4DDE13910D<br>File Hash: E2916321C9D56CED68F97619AAEC3B87263E9CB0CE2032485A4ADB9759FAD22D | 03/08/2021 22:44:59 | Vixen | 12/10/2019 | 01/03/2020 | PA0002233429 |
| 53 | Info Hash: 7E666393AE08E4FB1944A6545A151CC18AAA8388<br>File Hash: B95D9CEB3F811E7263F6BCDD77F7D20375123F9906A7070BB2C2DC8F54A5B475 | 03/08/2021 22:44:57 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: CAA038C4C995824094ACA3AE5CDCAF882F148FC9<br>File Hash: B44B9B659C0D30E0FF813DC289F991D7D9D75AD3BB0B63E670EB799A04665600 | 03/08/2021 22:44:57 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 55 | Info Hash: 75F4FFEB96DBCC9FB2CC6B9950F2ACBC9AEAFC73<br>File Hash: 1178236DB8F9D82A95FA1EF0C4128D2E1C7EB3C9383FDF03C2C2DCD99AE683A3 | 03/08/2021 22:44:57 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 56 | Info Hash: A5CA3DD5B0E4AC96EB1B6AFAEED5162746F2BEAA<br>File Hash: F603589F390706247ACA485A2F1B7E803D478C2267B23B4F974A30BE2FE5E13B | 03/08/2021 22:44:56 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 57 | Info Hash: E89F7A5B18EC03DB6DC8409D8449F97147CC5657<br>File Hash: E43978058A3A8977819B2C91B8B10E418E5E53C409A3481FC7F501691694D913 | 03/08/2021 22:44:56 | Vixen | 12/15/2019 | 01/03/2020 | PA0002233430 |
| 58 | Info Hash: E1311229A18FB034672FC95E5544FEECF0B24A52<br>File Hash: 6EE407D1A68D765A8DEC952E2354DA68B604BE67B56AC4F10642FCF1645F40F2 | 03/08/2021 22:44:56 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 59 | Info Hash: 63F0E40220DB243DB43FC93A43780E1D6A543B8F<br>File Hash: 7BDEDC8CAF694A6A3960B33EFB8BF818DA5E83530731F87CB8BF4137671310F2 | 03/08/2021 22:44:56 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |
| 60 | Info Hash: 00F353893B3633D43DFCF7D4C7DE7DFADEEB2ED4<br>File Hash: 9F596ADEBEE56E0BBF6734C7A660318BFE82ADF4B16E930D302C036A5605DF58 | 03/08/2021 22:44:56 | Vixen | 01/09/2020 | 02/03/2020 | PA0002236496 |
| 61 | Info Hash: 9CDB080B0229443E6E917DA42C52811E70A1E212<br>File Hash: 5055CC962BAE60438E699ADA7C42990B8CFD9A899D8A5DC5EE01A456CEECA39C | 03/08/2021 22:44:51 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 62 | Info Hash: 2DB09D4DBBCB5A44E344898C80AF3F197D69BD71<br>File Hash: 7447B77C77FDA24408E79E9493F527CD8F38A27330537B80886724A491E10289 | 03/08/2021 22:44:51 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: F80259529133E8C54FC1B973354FEA083FA8FAE2<br>File Hash: 34313C9C622ACB02322EE0BCA591256B04C02B8319CAD797A157203D55E85C24 | 03/08/2021 22:44:50 | Vixen | 01/14/2020 | 02/03/2020 | PA0002236203 |
| 64 | Info Hash: 95D43A172EF72D2DC21C87102061038747B317D8<br>File Hash: 05DFD63AEFE07BFCDDE2FC33A2703520E79D6D0053D1C9CC840B3E0ACD3CB61B | 03/08/2021 22:44:50 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 65 | Info Hash: D79FD40E057FB4270771285F4339D642142CC0D0<br>File Hash: C38346ECF6541D8A8414F1AD8216F3112694FA324453EFFB240DE28B3AD791F4 | 03/08/2021 19:44:49 | Vixen | 04/17/2020 | 04/22/2020 | PA0002237694 |
| 66 | Info Hash: FF8C1509ED85A8E0A5A767955A2C88C94858F09B<br>File Hash: E267D7151B295274749BD917298BA37BA6A22B0D0AA09737972420CE5DAC9BB1 | 03/08/2021 19:41:54 | Vixen | 04/10/2020 | 05/05/2020 | PA0002249031 |
| 67 | Info Hash: 996A647089DB52D14A9C8CA092253F427D7DBD06<br>File Hash: 439EC59ED12A87CC45E08A9112AAF7BDC6E0BDAC5DE9F692F47FCF98F6DAD560 | 03/08/2021 19:33:52 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 68 | Info Hash: BAD66310AECCABA2DA436A973BC583EFF33507FA<br>File Hash: C57ACF2ED18155B2543D44549C8555D7F71B3C6A2DFFEEB39E45FBB73D403839 | 03/08/2021 19:11:10 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 69 | Info Hash: BC545187543E04A452A172FD8886075A0EAAD4A8<br>File Hash: B56CF528C2968B6009F35A6910A73175BA6DA745D135B2A96AB2186B59FFB9C9 | 03/08/2021 18:16:42 | Tushy | 09/13/2017 | 10/10/2017 | PA0002086153 |
| 70 | Info Hash: 16CD96C5CB1BCD3540FED4C183CEA6434464E423<br>File Hash: 91AD99C2558575E4CD05F5F2D305C52100CE4FBCDEFD0744B9A448D97727A8EA | 03/08/2021 18:16:26 | Vixen | 06/12/2020 | 06/25/2020 | PA0002256359 |
| 71 | Info Hash: 6BD4484C244C52562F531E3003262FDD59A0615F<br>File Hash: 0435198DBC90EFC1BE4780B9E5884F5C90EBC7AB8A2A5938B0E570F3217BCAEA | 12/19/2020 18:38:31 | Tushy | 11/21/2018 | 01/22/2019 | PA0002149838 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: AF2EE74BC8BFA6659840ED876CC33D581D014576<br>File Hash: 6004086CA76676E5DC08A8CC53D5F34C7CF2F8A65B8493BEFC140960369275D3 | 12/19/2020 13:00:45 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 73 | Info Hash: 91568A76C90E90EF60CCBB2C3CF13822C4C20D7D<br>File Hash: 1C928947024EB28CFDAA70B22A1BB0280FE9B3253397850259AA69FCA7E0CFA0 | 12/18/2020 11:08:24 | Blacked | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 74 | Info Hash: C5DEBC002541AA09B12E3366A12EB580BF8AAF0E<br>File Hash: D1C0C4D13E91561189A6B8C2C1F0A5E79F8410223B836429A7ABE2B865C98A30 | 12/17/2020 11:56:41 | Blacked | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 75 | Info Hash: E95F08669971D3071680D037CD3FA1B03862CD05<br>File Hash: D7AFEBD0AB9C397C8D573C90A5D47528EA2B0F6E05050370A573187C5F0F28C7 | 12/10/2020 16:34:31 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 76 | Info Hash: 8CD0EFF8684EA5FF75050ADCE461D48D06DF23F1<br>File Hash: EE782352FFAC8E793CE32049001E89F93620402AB9659C8C9958A0CDF6308FC0 | 12/02/2020 02:13:37 | Vixen | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 77 | Info Hash: C97CC04C44D74896EDD95A4DAB2B94DB845BCA50<br>File Hash: 7E4ED437ADEA7C5773B2D89E86F007D788446EBAB07B68E7AB52DCF73828C325 | 12/01/2020 13:27:17 | Tushy | 02/05/2018 | 02/20/2018 | PA0002104194 |
| 78 | Info Hash: A91D573E65CEB8188D60ACF920CE82415F4C734E<br>File Hash: B3FEB0336C9BEEA4B68AAAB160C8A6198A8C34B447C2779EDC94C480112D6D27 | 12/01/2020 13:26:31 | Blacked Raw | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 79 | Info Hash: 1BD96A441CFD749BF919A54DCD60143D882D3CCB<br>File Hash: 178915F70EA2FEEABABD3CFB2162B99F1D0245C04245FC7DFF98A4C97112DBF2 | 12/01/2020 04:20:23 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 80 | Info Hash: A40C460A29CA370513C6A732A07B53A0E1B48474<br>File Hash: 1A17BD2C992466520FB69BD9B2BF5EAC6011D340804EB00C173122C11B7E8A39 | 11/23/2020 14:33:50 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 81 | Info Hash: FBF01F3AC20F80C17A6A23CFD54AB4A004C52D48<br>File Hash: 0AE3C531D7E0497DFE5F9BEE8D76038FBB02C2EEB64BF1D32DE964BCB1F1A875 | 11/21/2020 12:25:09 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 82 | Info Hash: 73EC58EBDC31656AED9B99B8F751507B9A099AA8<br>File Hash: 6B46D39CA50835DEA6EABFA6AB9FC6CAF0EC75BE72B4B78DC1B52ACB619A6FE3 | 11/12/2020 14:33:59 | Blacked Raw | 03/18/2019 | 04/08/2019 | PA0002164883 |
| 83 | Info Hash: AF5B2E0BC6C8DCDBA9F0C277CE9F6BCC3976B74F<br>File Hash: BEFCB9BFA2EF2FFE3B0ACACC35E8566B35BAD4A9CF812B32747DDC5FC908C673 | 11/12/2020 07:33:25 | Blacked | 06/04/2019 | 07/17/2019 | PA0002188309 |
| 84 | Info Hash: 940DF000262C22BE88EFF2284A3255EDB26982A3<br>File Hash: 6A16F64BA91661F4329C202AC03F23A7A261C236F41641CDB4CEADD0D89F2413 | 11/10/2020 13:51:31 | Blacked | 08/08/2019 | 09/17/2019 | PA0002216217 |
| 85 | Info Hash: A15D5991F3256E5525E438E32A97FD1EF1C08ECB<br>File Hash: 4B4BAB65E96694BF8522093643F07DC3F442E94C8F60F65AF8A60701503F67DC | 11/10/2020 13:04:26 | Vixen | 09/06/2019 | 09/13/2019 | PA0002200698 |
| 86 | Info Hash: 7939EDABA5F0A487FD42DBE688ADFB7DF9EE24B9<br>File Hash: 774AE496D7B4DCC356B5D6E6521917EF91F9DFCD220376038F74ACC7D3653EA1 | 11/10/2020 12:44:47 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 87 | Info Hash: E8E3452EA2804E43911CEACA7BFB72D873C9BA34<br>File Hash: 0E9B6A37485DCE7B53B7652157D8CF1F22B9213261D6F099F23DA2B05538BBCB | 11/10/2020 12:22:59 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 88 | Info Hash: D422E83D93562BFBF1BACA88E98FB75875C7B09E<br>File Hash: C35C8133FC25D641C1A60A89C30C9B5B7BDF7E20E55472394D2F99DBF436404A | 11/10/2020 10:57:00 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |